AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| **David Gordon Oppenheimer**<br>*Plaintiff*<br><br>v.<br><br>**8118 HARDING PROPERTIES LLC d/b/a THE DONOVAN AT MIAMI BEACH**<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 0:25-cv-62096-AHS<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: 8118 HARDING PROPERTIES LLC d/b/a THE DONOVAN AT MIAMI BEACH
Serve: Registered Agent
VSTATE FILINGS LLC
4522 INVERRARY BLVD, LAUDERHILL, FL 33319

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George N. Colville
**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 17, 2025



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts